804

Hollendonner *v.* Hollendonner, Appellant.

Argued March 23, 1972. *David H. H. Felix,* with him *Kathryn M. Renzulli,* for appellant; *Nicholas Kozay, Jr.,* for appellee.
Decree and order affirmed.

Hughes *v.* Kovner Roll Forming Equipment, Inc., Appellant.

Argued March 13, 1972. *Leslie B. Handler,* for appellant; *Norman M. Yoffe,* for appellee.
Judgment affirmed.

Lupkin *v.* Lebanon Valley News Co. et al., Appellants.

Argued March 20, 1972. *Robert I. Cottom,* with him *H. Rank Bickel, Jr.,* and *Matten and Cottom,* for appellants; *George E. Christianson,* with him *Davis J. Brightbill,* and *Lewis, Brubaker, Whitman & Christianson,* for appellee.
Judgment affirmed.